E-FILED
NOV 16 2020
Document #

Lnk #60

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNISE LOWE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POPCORNOPOLIS, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No: 2:19-cv-06984-PSG-RAO<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING PAGE LIMIT FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT<br><br>Date: December 14, 2020<br>Time: 1:30 p.m.<br>Courtroom: 6A<br>Judge: Hon. Philip S. Gutierrez<br><br>Date Action Filed: August 12, 2019 |

1  Upon review of the Parties' Joint Stipulation Extending Page Limit for
2  Plaintiff's Motion for Final Approval of Class and Collective Action Settlement, and
3  good cause appearing therefor, the Court hereby grants the Parties' request and
4  extends the page limit for Plaintiff's memorandum in support of her Motion for Final
5  Approval to 30 pages.

6  IT IS SO ORDERED.

8  Dated: 11/16/2020

HON. PHILIP S. GUTIERREZ
United States District Judge,
Central District of California